IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VINCENT ELLISON,        )<br>                         )<br>    Plaintiff,          )<br>                         )        CIVIL ACTION NO.<br>    v.                   )         2:18cv686-MHT<br>                         )              (WO)<br>CIRCUIT COURT OF AUTAUGA )<br>COUNTY, ALABAMA, et al., )<br>                         )<br>    Defendants.          ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate awaiting trial in state court, filed this lawsuit complaining about repeated continuances and lack of evidence in his state criminal case and seeking damages and dismissal of the state criminal proceedings against him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2018.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**