IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VINCENT ELLISON,               )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )      2:18cv686-MHT
                               )          (WO)
CIRCUIT COURT OF AUTAUGA       )
COUNTY, ALABAMA, et al.,       )
                               )
     Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) Plaintiff's claims for damages against defendants Judge Ben Fuller and Debra Hill are dismissed with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

(3) Plaintiff's requests for declaratory and injunctive relief related to the pending criminal

charges are dismissed without prejudice in accordance with the *Younger* abstention doctrine.

(4) Plaintiff's pendent state-law claims are dismissed without prejudice to the rights of plaintiff to seek relief on these claims before the appropriate state tribunal.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of September, 2018.

                                             /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**